# STATE OF MICHIGAN

# COURT OF APPEALS

PEGGY S. ROACH, a/k/a PEGGY S.
FITZSTEPHENS,

       Plaintiff-Appellee,

v

DANIEL J. FITZSTEPHENS,

       Defendant-Appellant.

UNPUBLISHED
May 12, 2016

No. 324146
Van Buren Circuit Court
LC No. 13-630647-CZ

Before: MURPHY, P.J., and WILDER and BORRELLO, JJ.

WILDER, J.

       I concur in result only.

                                        /s/ Kurtis T. Wilder

-1-